Nicholas S. Politis/SBN 92978
nicholasp@fdw-law.com
Zachary J. Politis/SBN 306310
zackp@fdw-law.com
Paul W. Hanson
paulh@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California  90831-1800
Tel/Fax: (562) 435-2626

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL DUSTIN, an individual; JULIE DUSTIN, an individual, | Case No.: 2:24-cv-02682-CBM-MRW |
| Plaintiffs, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| PRINCESS CRUISE LINES, INC.; PRINCESS CRUISE LINES, LTD.; PRINCESS CRUISE LINES, an entity form unknown; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO:  THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 16-15.7, ROBERT EARL DUSTIN, JULIE DUSTIN ("Plaintiffs"), and Defendant, PRINCESS CRUISE LINES, LTD. ("Princess"), by and through their respective counsel, hereby submit this Notice of Settlement advising that

all claims in this matter have settled following mediation pursuant to ADR Procedure No. 3.

The parties anticipate having all settlement details addressed and to be able to file a Joint Stipulation for Dismissal within 45 days.


Dated:  April 7, 2025                    LAW OFFICES OF FRIEDBERG & BUNGE


By:    _/s/ Thomas F. Friedberg_____
Thomas F. Friedberg, Esq.
Attorney for Plaintiffs
ROBERT EARL DUSTIN and JULIE DUSTIN



Dated:  April 7, 2025                    FLYNN, DELICH & WISE LLP


By:    _/s/ Zachary J. Politis_____
Nicholas S. Politis
Zachary J. Politis
Paul W. Hanson
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

**FLYNN, DELICH & WISE**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## <u>ATTESTATION</u>

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By:  */s/ Zachary J. Politis*
         Nicholas S. Politis
         Zachary J. Politis
         Attorneys for Defendant,
         PRINCESS CRUISE LINES, LTD.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FLYNN, DELICH & WISE**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626