```
Nicholas S. Politis/SBN 92978
nicholasp@fdw-law.com
Zachary J. Politis/SBN 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel/Fax: (562) 435-2626

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL DUSTIN, an individual; JULIE DUSTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES, INC.; PRINCESS CRUISE LINES, LTD.; PRINCESS CRUISE LINES, an entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02682-CBM(MBKx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

Plaintiffs, ROBERT EARL DUSTIN and JULIE DUSTIN, and Defendant PRINCESS CRUISE LINES, LTD., by and through their respective attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action is hereby dismissed with prejudice and without costs to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Dismissal shall be effective without further order of the Court.

**IT IS SO STIPULATED AND AGREED.**

Date: May 15, 2025                FLYNN, DELICH & WISE LLP

By: */s/ Zachary J. Politis*
    Nicholas S. Politis
    Zachary J. Politis
    Attorneys for Defendants,
    PRINCESS CRUISE LINES, LTD.

Date: May 15, 2025                LAW OFFICES OF FRIEDBERG & BUNGE

By: */s/ Thomas F. Friedberg*
    Thomas F. Friedberg
    Attorney for Plaintiffs,
    ROBERT EARL DUSTIN and
    JULIE DUSTIN

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: */s/ Zachary J. Politis*
    Nicholas S. Politis
    Zachary J. Politis
    Attorneys for Defendant,
    PRINCESS CRUISE LINES, LTD.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is One World Trade Center, Suite 1800, Long Beach, California 90831.  On May 15, 2025, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action addressed as follows:

Thomas F. Friedberg, Esq.
LAW OFFICES OF FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, CA  92166-0814
Tel:  (619) 557-0101
Fax: (619)557-0560
tom@lawofficefb.com
Attorneys for Plaintiffs
(via email)

☒    **By E-Mail/Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the above e-mail addresses listed.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **Federal**:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

      Executed on May 15, 2025, at Long Beach, California.


           *Ann Marie Alluin*
           Ann Marie Alluin